IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BLUE COMPASS RV, LLC F/K/A RV RETAILER, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-1987-B |
| TWIN CITY FIRE INSURANCE COMPANY | § § § § | |
| Defendant. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Blue Compass RV, LLC, f/k/a RV Retailer, LLC, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered on July 10, 2025 [ECF 29] including all interlocutory rulings that merged into the final judgment.

Respectfully submitted,

**COKINOS │ YOUNG**

By: */s/ Travis M. Brown*
Travis M. Brown
State Bar No. 24036198
tbrown@cokinoslaw.com
E. Samuel Crecelius III
State Bar No. 24105757
screcelius@cokinoslaw.com
One Galleria Tower
13355 Noel Road, Suite 1375
Dallas, Texas 75240
Telephone: (817) 635-3600
Facsimile: (817) 635-3633

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing pleading was served upon counsel for all parties by using the Court's Electronic Case Filing ("ECF") system, which will send an automatic notice of electronic filing to counsel of record for each party.

| | |
|---|---|
| <u>August 1, 2025</u> | <u>*/s/ Travis M. Brown*</u> |
| Date | Travis M. Brown |